UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE BEGG,<br><br>            Plaintiff,<br><br>    v.<br><br>D.S.A. SPORTS, INC.,<br><br>            Defendant. | Case No. 20-cv-03177-WHO<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL** |

The Clerk entered default against defendant as requested by plaintiff on September 9, 2020. No motion for entry of a default judgment has been filed. A Case Management Conference was set for February 16, 2021, requiring that a Case Management Statement be filed on February 9, 2021. No Statement was filed. Accordingly, I am issuing this ORDER TO SHOW CAUSE why the case should not be dismissed for failure to prosecute. Plaintiff shall file a motion for entry of default judgment to expunge this OSC, or file a declaration explaining why he cannot do so, on or before March 1, 2021. If neither pleading is filed by that date, this matter will be DISMISSED.

The Case Management Conference set for February 16, 2021 is VACATED.

**IT IS SO ORDERED.**

Dated: February 11, 2021



William H. Orrick
United States District Judge