UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRUCE BEGG,

          Plaintiff,

    v.

D.S.A. SPORTS, INC.,

          Defendant.

Case No. 3:20-cv-03177-WHO

**ORDER DISMISSING CASE**

On February 11, 2021, I ordered the plaintiff to show cause why the case should not be dismissed for failure to prosecute. Dkt. No. 16. The clerk entered default on September 9, 2020, but no motion for entry of default judgment was filed. I ordered the plaintiff to either file such a motion or file a declaration explaining why he could not do so by March 1, 2021, and warned that the case would be dismissed if he did not respond. He has filed neither. Accordingly, this case is DISMISSED without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: March 2, 2021



William H. Orrick
United States District Judge